USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 6/4/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRETT MESSIEH and DREW LEE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HDR GLOBAL TRADING LIMITED, ABS GLOBAL TRADING LIMITED, ARTHUR HAYES, BEN DELO, and SAMUEL REED,<br><br>Defendants. | Case No. 1:20-cv-03232-ALC<br><br>Honorable Andrew L. Carter, Jr. |

## ORDER APPOINTING ROCHE CYRULNIK FREEDMAN AND SELENDY & GAY AS INTERIM CLASS COUNSEL PURSUANT TO FED. R. CIV. P. 23(g)

On this 4th day of June 2020, the Court considered Plaintiffs' Motion to Appoint Roche Cyrulnik Freedman LLP and Selendy & Gay PLLC as Interim Class Counsel pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure in the above-captioned action. Having considered the Motion, and the materials submitted in support thereof, the Motion is **GRANTED**.

**IT IS HEREBY ORDERED THAT**:

1. Plaintiffs' Motion to Appoint Roche Cyrulnik Freedman LLP and Selendy & Gay PLLC as Interim Class Counsel pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure is GRANTED.

2. Pursuant to Rule 23(g)(3) of the Federal Rules of Civil Procedure, the Court designates the law firms Roche Cyrulnik Freedman LLP and Selendy & Gay PLLC as Interim Class Counsel in this action.

3. Interim Class Counsel shall be generally responsible for coordinating activities during pretrial proceedings and shall:

   a. Determine and present (in briefs, oral argument, or other fashion as may be appropriate, personally or by a designee) to the Court and opposing parties the position of Plaintiffs and the proposed class on all matters arising during pretrial proceedings;

   b. Coordinate the conduct of discovery on behalf of Plaintiffs and the proposed class consistent with the requirements of Rule 26 of the Federal Rule of Civil Procedure, including preparation of interrogatories and requests for production of documents and the examination of witnesses in depositions;

   c. Conduct settlement negotiations on behalf of Plaintiffs and the proposed class;

   d. Enter into stipulations with opposing counsel as necessary for the conduct of the litigation; and

   e. Perform such other duties as may be incidental to the proper coordination of pretrial activities or authorized by future order of the Court.

4. This Order shall apply to each class action pending or subsequently filed in or transferred to the United States District Court for the Southern District of New York raising similar claims not subject to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §§ 77z-1, 78u-4.

Dated: _____June 4_____, 2020

_____
ANDREW L. CARTER, JR.
United States District Judge