UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRETT MESSIEH and DREW LEE, individually and on behalf of all others similarly situated,<br><br>     Plaintiffs,<br><br>   v.<br><br>HDR GLOBAL TRADING LIMITED, ABS GLOBAL TRADING LIMITED, 100X HOLDINGS LIMITED, SHINE EFFORT INC LIMITED, HDR GLOBAL SERVICES (BERMUDA), ARTHUR HAYES, BEN DELO, GREG DWYER and SAMUEL REED,<br><br>     Defendants. | Case No. 1:20-cv-03232-ALC |

**NOTICE OF APPEARANCE**

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

  PLEASE TAKE NOTICE that Todd S. Fishman of Allen & Overy LLP, a member of this Court in good standing, hereby enters an appearance as counsel for defendants 100x Holdings Limited, Shine Effort Inc Limited and HDR Global Services (Bermuda) Limited in this action and respectfully requests that all pleadings, notices, orders, correspondence, and other papers in connection with this action be served on the undersigned.

Dated: New York, New York
   March 15, 2021

               Respectfully submitted,

               ALLEN & OVERY LLP

               By: /s/ Todd S. Fishman
                  Todd S. Fishman
               1221 Avenue of the Americas
               New York, New York 10020
               Tel: 212-610-6300
               todd.fishman@allenovery.com
               *Attorneys for Defendants HDR Global Trading Limited, ABS Global Trading Limited, 100x Holdings Limited, Shine Effort Inc Limited and HDR Global Services (Bermuda) Limited*