UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRETT MESSIEH and DREW LEE, individually and on behalf of all others similarly situated,

Plaintiffs,

v.

HDR GLOBAL TRADING LIMITED, ABS GLOBAL TRADING LIMITED, 100X HOLDINGS LIMITED, SHINE EFFORT INC LIMITED, HDR GLOBAL SERVICES (BERMUDA), ARTHUR HAYES, BEN DELO, GREG DWYER and SAMUEL REED,

Defendants.

Case No. 1:20-cv-03232-ALC

**SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendants 100x Holdings Limited, Shine Effort Inc Limited and HDR Global Services (Bermuda) Limited state the following:

(1) 100x Holdings Limited is an inactive corporate entity.

(2) Shine Effort Inc Limited is a wholly-owned subsidiary of HDR Global Trading Limited. No publicly traded corporation owns 10% or more of Shine Effort Inc Limited stock.

(3) HDR Global Services (Bermuda) Limited is a wholly-owned subsidiary of HDR Global Trading Limited. No publicly traded corporation owns 10% or more of HDR Global Services (Bermuda) stock.

Dated: New York, New York
March 15, 2021

Respectfully submitted,

ALLEN & OVERY LLP

By: /s/ Todd S. Fishman
David C. Esseks
Todd S. Fishman
1221 Avenue of the Americas
New York, New York 10020
Tel: 212-610-6300
david.esseks@allenovery.com
todd.fishman@allenovery.com

*Attorneys for Defendants HDR Global Trading Limited, ABS Global Trading Limited, 100x Holdings Limited, Shine Effort Inc Limited and HDR Global Services (Bermuda) Limited*