USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __11/17/2021__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**BRETT MESSIEH** and **DREW LEE**, *individually and on behalf of all others similarly situated*,

                  **Plaintiffs,**

-against-

**HDR GLOBAL TRADING LIMITED, ET AL.,**

                  **Defendants.**

20-cv-3232-ALC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of the Plaintiffs' letter motion requesting a premotion conference regarding leave to file a supplemental declaration. Plaintiffs' request for a premotion conference is **DENIED**. Plaintiffs are hereby **GRANTED** leave to file a supplemental declaration. Plaintiffs are directed to submit the declaration by **Monday, November 22, 2021**. Defendant Belo is hereby **ORDERED** to file a reply to Plaintiffs' declaration no later than **Monday, December 6, 2021**.

**SO ORDERED.**

Dated: November 17, 2021
      New York, New York

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**