UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRETT MESSIEH and DREW LEE, individually and on behalf of all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>HDR GLOBAL TRADING LIMITED, ABS GLOBAL TRADING LIMITED, ARTHUR HAYES, BEN DELO, and SAMUEL REED,<br><br>　　　　Defendants. | CASE NO. 1:20-cv-03232-ALC |

## NOTICE OF MOTION TO WITHDRAW AS COUNSEL

PLEASE TAKE NOTICE that Kyle W. Roche, Esq. of Roche Freedman, LLP ("RF") respectfully moves the Court pursuant to Local Rule 1.4 to withdraw as one of the attorneys for the Proposed Class. Mr. Roche is no longer involved in RF's class action practice. Accordingly, pursuant to Local Rule 1.4, Mr. Roche respectfully requests to no longer receive docketing notifications *via* the ECF system. Mr. Roche also asks that the Court approve this withdrawal.

DATED: August 31, 2022　　　　　　　　　Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　**ROCHE FREEDMAN LLP**

　　　　　　　　　　　　　　　　　　　　<u>/s/ Kyle W. Roche</u>
　　　　　　　　　　　　　　　　　　　　Kyle W. Roche
　　　　　　　　　　　　　　　　　　　　99 Park Avenue, 19th Floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10016
　　　　　　　　　　　　　　　　　　　　kyle@rochefreedman.com

　　　　　　　　　　　　　　　　　　　　*Interim Lead Counsel for*
　　　　　　　　　　　　　　　　　　　　*Plaintiffs and the Proposed Class*

2

SO ORDERED this _____ day of _____, 2022.


_____
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

I hereby certify under penalty of perjury that on August 31, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel of record.

>                                         */s/ Kyle W. Roche*
>                                         Kyle W. Roche