USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __3/14/2023__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MESSIEH ET AL.,**

                 **Plaintiffs,**

                 -against-

**HDR GLOBAL TRADING LIMITED ET AL.,**

                 **Defendants.**

**20-cv-03232 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

      As discussed in today's Court Conference, Plaintiffs are **GRANTED** leave to amend the amended complaint. Plaintiffs are hereby **ORDERED** to file the second amended complaint by **March 21, 2023**. Accordingly, Defendants' pending motions to dismiss are **DENIED** without prejudice with leave to renew. The parties are hereby **ORDERED** to file a joint status report by **April 10, 2023**. If Defendants wish to move to dismiss Plaintiffs' second amended complaint, the parties will provide a proposed briefing schedule in their joint status report. There is no need for Defendants to file a pre-motion conference letter.

      Additionally, the parties are directed to file a letter by **March 21, 2023** explaining their position on how the Court should proceed as to the pending motion for withdrawal. *See* ECF Nos. 105-109. The Clerk of the Court is respectfully directed to terminate the pending motions at ECF Nos. 63 and 66.

**SO ORDERED.**

Dated:   **March 14, 2023**
         **New York, New York**

                                            **ANDREW L. CARTER, JR.**
                                            **United States District Judge**