```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 7/18/2023
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**MESSIEH ET AL.,**

                  **Plaintiffs,**

      -against-

**HDR GLOBAL TRADING LIMITED ET AL.,**

                 **Defendants.**

**20-cv-03232 (ALC)**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Court will hold a telephonic oral argument on **July 26, 2023 at 2:00 PM Eastern Time**.

All parties shall appear and should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    July 18, 2023
              New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**