```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __4/3/2024____
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**MESSIEH,** *et al.,*

                **Plaintiffs,**

        -against-

**HDR GLOBAL TRADING LIMITED,** *et al.,*

                **Defendants.**

**20-cv-03232 (ALC)**

**ORDER**

---

**ANDREW L. CARTER, United States District Judge:**

    This Court will hold a telephonic conference on **April 8th, 2024 at 12:00 PM Eastern Time**.

The Parties should contact the Court at **1-888-363-4749 (access code: 3768660)**.

**SO ORDERED.**

Dated:    April 3, 2024
             New York, New York

*/s/ Andrew L. Carter*

_____
**ANDREW L. CARTER, JR.**
**United States District Judge**