UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLYFILED
DOC#: _____
DATE FILED: _4-10-24_

--------------------------------------------------------------- x

MESSIEH ET AL.,

                              **Plaintiffs,**

       -against-

HDR GLOBAL TRADING LIMITED ET AL.,

                            **Defendants.**

:
:
:
:
:
:
:
:
:
:
:
:

20 CV 3232 (ALC)

**ORDER**

--------------------------------------------------------------- x

ANDREW L. CARTER, JR., District Judge:

    The Clerk of the Court is respectfully directed to strike Docket Entry 144.

**SO ORDERED.**

Dated:      **New York, New York**
              **April 10, 2024**

                                                  **ANDREW L. CARTER, JR.**
                                                  **United States District Judge**