```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 06/21/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brett Messieh and Drew Lee, individually and on behalf of all others similarly situated,

      Plaintiffs,

-against-

HDR Global Trading Limited, et al.,

      Defendants.

1:20-cv-03232 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

  The Court is in receipt of Plaintiffs' motion seeking (1) leave for Selendy Gay PLLC ("SG") to withdraw as counsel for Plaintiff Brett Messieh ("Messieh" and the "Motion to Withdraw"), and (2) the Court to issue an Order to Show Cause why Messieh's claims should not be dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, which Defendants do not oppose. (Pls.' 6/20/24 Motion to Withdraw, ECF No. 178; Goldstein Decl., ECF No. 179.[1]) The Court issues this Order solely with respect to the Motion to Withdraw.

  No later than Monday, June 24, 2024, SG shall serve a copy of this Order and their filings at ECF Nos. 178 through 181 upon Messieh and file proof of service to the ECF docket. No later than July 15, 2024, Messieh shall supply SG any opposition he has to the Motion to Withdraw. As soon as practicable, but no later than July 17, 2024, SG shall file any opposition papers that they receive from Messieh, or if none, apprise the Court by way of letter, served upon Messieh, and proof of such service filed to the ECF docket.

---

[1] Plaintiffs also supplied proposed orders for each of their respective requests. (*See* Proposed Order to Show Cause, ECF No. 180; Proposed Order to Withdraw as Counsel, ECF No. 181.)

**SO ORDERED.**

Dated:   New York, New York
         June 21, 2024

_____
STEWART D. AARON
United States Magistrate Judge