**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 07/18/2024
```

| |
|---|
| **Brett Messieh and Drew Lee, individually and on behalf of all others similarly situated,**<br><br>**Plaintiffs,**<br><br>**-against-**<br><br>**HDR Global Trading Limited, et al.,**<br><br>**Defendants.** |

**1:20-cv-03232 (ALC) (SDA)**

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Having reviewed the motion of Selendy Gay PLLC ("SG") to withdraw as counsel for Plaintiff Brett Messieh ("Messieh"), pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York (6/20/24 MTW, ECF No. 178; Goldstein MTW Decl., ECF No. 179), and having received no response from Messieh by the July 15, 2024 deadline (*see* 6/21/24 Order, ECF No. 182; Pls.' 7/16/24 Ltr., ECF No. 184), it is hereby ORDERED that the motion to withdraw is GRANTED.[1]

Messieh may secure new counsel or may appear *pro se*, but is required to comply with all Court Orders and deadlines. Failure to do so may result in the imposition of sanctions, up to and including the undersigned issuing a Report and Recommendation to Judge Carter recommending dismissal of Messieh from this action for failure to prosecute, or alternatively, Judge Carter issuing an Order of Dismissal as to Messieh. *See* Fed. R. Civ. P. 41(b).

---

[1] The Court reserves action as to the motion to withdraw's second request for the Court to issue an Order to Show Cause as to why Messieh's claims should not be dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure at this time, pending future developments in accordance with this Order.

No later than Monday, July 29, 2024, SG shall serve a copy of this Order upon Messieh and file proof of service to the ECF docket. By the same date, SG shall provide the Court with the last known contact information for Messieh. In addition, Messieh has an independent duty to advise the Court of his address and to inform the Court of any changes to his address. *See Reyes v. NY F&B Servs. LLC,* No. 15-CV-02882 (LTS) (DCF), 2016 WL 3826283, at *1 n.1 (S.D.N.Y. July 12, 2016) ("duty to inform the Court and defendants of any changes of address is an obligation that rests with all pro se plaintiffs") (internal quotation marks and citation omitted).

All parties shall appear for a telephone conference on Monday, August 19, 2024, at 10:30 a.m. to discuss the status of this action. At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

While the Court has set the deadlines provided herein with respect to Messieh, the Court expects the parties to judiciously continue discovery in accordance with the Case Management Plan. (Case Management Plan, ECF No. 160.)

**SO ORDERED.**

Dated:     New York, New York
           July 18, 2024

_____
STEWART D. AARON
United States Magistrate Judge

2