**A&O SHEARMAN**

August 7, 2024

BY ELECTRONIC CASE FILING

Honorable Stewart D. Aaron
United States District Court
Southern District of New York
Daniel Patrick Moynihan U.S. Courthouse
500 Pearl Street, Room 1970
New York, New York  10007

| | |
|---|---|
| Tel | +1 212 610 6300 |
| Fax | +1 212 610 6399 |
| Direct line | +1 212 756 1130 |

todd.fishman@aoshearman.com

> Re:    *Messieh v. HDR Global Trading Ltd. et al.*, No. 1:20-cv-3232 (ALC)(SDA)

Dear Magistrate Judge Aaron:

We represent HDR Global Trading Limited, ABS Global Trading Limited, 100x Holdings Limited, Shine Effort Inc Limited and HDR Global Services (Bermuda) Limited in the referenced action.[1]  Given the planned unavailability of certain Defendants' counsel, we write pursuant to the Court's August 2, 2024 Order (Dkt. 190) and Rule I.D of the Court's Individual Practices to request a continuance of the August 19, 2024 pretrial status conference set by the Court.  No previous request for a continuance of this pretrial status conference has been made.

We have conferred with counsel for Plaintiff and Plaintiff Lee does not oppose this request.  Counsel for the Individual Defendants consent.

Counsel for Plaintiff also advises that they have consulted with Brett Messieh about rescheduling the status conference.  Counsel for all parties, as well as Mr. Messieh, are available on the following dates and times for a pretrial conference:

- September 9:  available from 9:00 to 11:00 am, or from 1:00 to 3:00 pm ET
- September 10: available at 4:00 pm ET
- September 12: available from 11:00 am to 2:00 pm ET
- September 13: available after 1:00 pm ET

---

[1]  The Individual Defendants in this action are Ben Delo, Arthur Hayes, Samuel Reed and Greg Dwyer, each represented by separate counsel.

Allen Overy Shearman Sterling US LLP is a limited liability partnership organized under the laws of the State of Delaware. Allen Overy Shearman Sterling US LLP is affiliated with Allen Overy Shearman Sterling LLP, a limited liability partnership registered in England and Wales with registered number OC306763 and with its registered office at One Bishops Square, London E1 6AD.  It is authorized and regulated by the Solicitors Regulation Authority of England and Wales (SRA number 401323).  The term partner is used to refer to a member of Allen Overy Shearman Sterling LLP or an employee or consultant with equivalent standing and qualifications.  A list of the members of Allen Overy Shearman Sterling LLP and of the non-members who are designated as partners is open to inspection at its registered office at One Bishops Square, London E1 6AD.

Allen Overy Shearman Sterling US LLP is an affiliate of Allen Overy Shearman Sterling LLP. Allen Overy Shearman Sterling LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Austin, Bangkok, Beijing, Belfast, Boston, Bratislava, Brussels, Budapest, Casablanca, Dallas, Dubai, Dublin, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Houston, Istanbul, Jakarta (associated office), Johannesburg, London, Los Angeles, Luxembourg, Madrid, Menlo Park, Milan, Munich, New York, Paris, Perth, Prague, Riyadh, Rome, San Francisco, São Paulo, Seoul, Shanghai, Silicon Valley, Singapore, Sydney, Tokyo, Toronto, Warsaw, Washington, D.C.

We thank the Court for considering this request.

Respectfully submitted,

*/s/ Todd S. Fishman*

Todd S. Fishman

Copy:  David C. Esseks
       All Counsel of Record (by ECF)

The letter motion to continue the status conference presently scheduled for August 19, 2024, at ECF No. 191 is GRANTED. The status conference is rescheduled to take place on September 10, 2024, at 4:00 p.m.

At the scheduled time, the parties shall each separately call (888) 278-0296 (or (214) 765-0479) and enter access code 6489745.

SO ORDERED.
Dated: August 8, 2024

*Stuart D. Aaron*