```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 09/11/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Brett Messieh and Drew Lee, individually and on behalf of all others similarly situated,

                Plaintiffs,

-against-

HDR Global Trading Limited, et al.,

                Defendants.

1:20-cv-03232 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

For the reasons stated on the record during the telephone conference held with the parties on September 10, 2024 to address the discovery disputes raised in the joint status report filed on August 1, 2024 (Status Report, ECF No. 189), it is hereby ORDERED as follows:

    1.    With respect to the discovery disputes regarding Plaintiff's discovery requests:

        a.    As it relates to the time period for discovery, Defendants shall produce responsive information for the six-year period from January 1, 2016 through December 31, 2021;

        b.    As it relates to domesticity and jurisdictional contacts for discovery, Defendants shall produce documents responsive to the requests contained in the eight bulleted items on pages 8 and 9 of the Joint Status Report; and

        c.    As it relates to trading on Non-BitMEX Crypto Exchanges, the Individual Defendants shall produce documents responsive to the requests contained in the three bulleted items on page 15 of the Joint Status Report.

    2.    With respect to discovery disputes regarding Defendants' discovery requests:

        a.      As it relates to Plaintiff's trading on other digital asset platforms, Plaintiff Drew Lee shall produce documents sufficient to identify his transactions on other digital asset trading platforms for the same days on which he allegedly transacted on the BitMEX platform; and

        b.      As it relates to pre-complaint expert analyses set forth in the Second Amended Complaint, (i) Plaintiff shall respond to Interrogatory No. 3, which will provide the identity or identities of the consulting experts, and (ii) Plaintiff shall produce any and all written reports reflecting the "expert analysis," "quantitative expert analysis" and "expert statistical analysis" referred to in the Second Amended Complaint. Plaintiff need not produce any other documents regarding the consulting experts, including, for example, communications with the consulting experts.

3.      The parties shall file a joint status letter apprising the Court on the status of discovery on Friday, November 15, 2024.

**SO ORDERED.**

Dated:      New York, New York
              September 11, 2024

                                            _____
                                          STEWART D. AARON
                                          United States Magistrate Judge