USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 9/11/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

**MESSIEH,** *et al.*, *individually and on behalf of all others similarly situated*

               **Plaintiffs,**

-against-

**HDR GLOBAL TRADING LIMITED,** *et al.*,

               **Defendants.**

20-CV-03232 (ALC)

**ORDER**

---

**ANDREW L. CARTER, JR., United States District Judge:**

     The Court is in receipt of Plaintiff Brett Messieh's letter request to be dismissed from this case as well as counsel Selendy Gay PLLC's motion requesting to withdraw as counsel for Plaintiff Brett Messieh. Based upon these submissions as well as the lacking objections to the removal of Plaintiff Messieh from this action, the Court hereby **DISMISSES** Messieh from this action. The Clerk of the Court is respectfully directed to update the case docket accordingly.

**SO ORDERED.**

Dated:    September 11, 2024
            New York, New York

                                                      **ANDREW L. CARTER, JR.**
                                                      **United States District Judge**