USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __12/2/2024__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE, *et al.*<br><br>Plaintiffs,<br><br>-against-<br><br>HDR GLOBAL TRADING LTD., *et al.*,<br><br>Defendants. | 20-cv-03232 (ALC)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

Due to a scheduling conflict, the Court hereby adjourns the conference previously scheduled for December 9. ECF No. 227. The Parties shall appear at a telephonic conference on **Tuesday, December 10, 2024 at 3:30 p.m.** The Parties shall contact the Court at 1-855-244-8681 (access code: 2319 454 5869#).

SO ORDERED.

Dated:   December 2, 2024
         New York, New York

*/s/ Andrew L. Carter, Jr.*

**ANDREW L. CARTER, JR.**
**United States District Judge**