USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: _____12/9/2024_____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| LEE, *et al.* <br><br> **Plaintiffs,** <br><br> -against- <br><br> **HDR GLOBAL TRADING LTD.**, *et al.*, <br><br> **Defendants.** | **20-cv-03232 (ALC)** <br><br> **ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

    In light of the Parties' joint stipulation regarding the withdrawal of Plaintiffs' proposed motion to strike affirmative defenses, ECF No. 229, and the Court's pertinent order, ECF No. 230, the Court hereby ADJOURNS the premotion conference previously scheduled for Tuesday, December 10, 2024.

**SO ORDERED.**

Dated:    December 9, 2024
             New York, New York

                                        **ANDREW L. CARTER, JR.**
                                        **United States District Judge**