UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------

Case No.

Plaintiff,

-against-

Defendant.

--------------------------------------------------------

NOTICE OF CHANGE OF ADDRESS

TO:     ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

☐     I have cases pending               ☐     I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

_____
FILL IN ATTORNEY NAME

My SDNY Bar Number is:_____ My State Bar Number is _____

I am,

☐          An attorney
☐          A Government Agency attorney
☐          A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW),  address, telephone number and fax number):

OLD FIRM:        FIRM NAME:_____
                 FIRM ADDRESS:_____
                 FIRM TELEPHONE NUMBER:_____
                 FIRM FAX NUMBER:_____

NEW FIRM:        FIRM NAME:_____
                 FIRM ADDRESS:_____
                 FIRM TELEPHONE NUMBER:_____
                 FIRM FAX NUMBER:_____

☐          I will continue to be counsel of record on the above-entitled case at my new firm/agency.

☐          I am no longer counsel of record on the above-entitled case.  An order withdrawing my appearance
           was entered on _____ by Judge_____.

Dated:                              _____
                                    *Todd S. Fishman*
                                    ATTORNEY'S SIGNATURE