UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DREW LEE and FELIX LUFKIN, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>HDR GLOBAL TRADING LIMITED, ABS GLOBAL TRADING LIMITED, 100X HOLDINGS LIMITED, SHINE EFFORT INC LIMITED, HDR GLOBAL SERVICES (BERMUDA), ARTHUR HAYES, BEN DELO, GREG DWYER, and SAMUEL REED,<br><br>Defendants. | Case No. 1:20-cv-03232 (ALC) (SDA) |

## [PROPOSED] ORDER GRANTING MOTION TO WITHDRAW

Plaintiff Felix Lufkin has moved for an order granting leave for Selendy Gay PLLC ("SG") to withdraw as counsel of record for Plaintiff Drew Lee ("Motion to Withdraw"). Pursuant to Local Civil Rule 1.4, it is hereby **ORDERED** that the Motion to Withdraw is **GRANTED**.

The Clerk of Court is directed to remove SG as counsel of record for Mr. Lee. Selendy Gay PLLC will continue to represent Plaintiff Felix Lufkin and serve as Interim Class Counsel under Federal Rule of Civil Procedure 23(g)(3) in this matter.

By no later than seven days from the date of this Order, SG shall serve a copy of this Order upon Mr. Lee via email and by leaving it with the Clerk of Court, and shall file proof of service to the ECF docket. By the same date, SG shall provide the Court with the last known contact information for Mr. Lee. In addition, Mr. Lee has an independent duty to advise the Court of his address and to inform the Court of any changes to his address. *See Reyes v. NY F&B Servs. LLC*, No. 15-CV-02882 (LTS) (DCF), 2016 WL 3826283, at *1 n.1 (S.D.N.Y. July 12, 2016) ("duty to

inform the Court and defendants of any changes of address is an obligation that rests with all pro se plaintiffs") (internal quotation marks and citation omitted).

**SO ORDERED.**

Dated: New York, New York
_____ \_\_, 2025

                                                                STEWART D. AARON
                                                                United States Magistrate Judge