```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/1/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Drew Lee and Felix Lufkin, individually and on behalf of all others similarly situated,

                        Plaintiffs,

-against-

HDR Global Trading Limited, et al.,

                        Defendants.

1:20-cv-03232 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

The Court is in receipt of the motion filed by Plaintiff Felix Lufkin ("Plaintiff") seeking (1) leave for Selendy Gay PLLC ("SG") to withdraw as counsel for Plaintiff Drew Lee ("Lee" and the "Motion to Withdraw"), and (2) the Court to issue an Order to Show Cause why Lee's claims should not be dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. (Pl.'s 4/1/25 Motion to Withdraw, ECF No. 242; Goldstein Decl., ECF No. 243.[1]) The Court issues this Order solely with respect to the Motion to Withdraw.

No later than April 4, 2025, SG shall serve by email a copy of this Order and their filings at ECF Nos. 242 through 245 upon Lee and file proof of service to the ECF docket. No later than April 25, 2025, Lee shall supply SG any opposition he has to the Motion to Withdraw. As soon as practicable, but no later than April 29, 2025, SG shall file any opposition papers that they receive from Lee, or if none, apprise the Court by way of letter, served by email upon Lee, and proof of such service filed to the ECF docket.

---

[1] Plaintiff also supplied proposed orders for each of his respective requests. (*See* Proposed Order to Show Cause, ECF No. 244; Proposed Order to Withdraw as Counsel, ECF No. 245.)

**SO ORDERED.**

Dated: New York, New York
April 1, 2025

_____
STEWART D. AARON
United States Magistrate Judge

2