UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Drew Lee and Felix Lufkin, individually and on behalf of all others similarly situated,

                    Plaintiffs,

-against-

HDR Global Trading Limited, et al.,

                    Defendants.

1:20-cv-03232 (ALC) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

Having reviewed the motion of Selendy Gay PLLC ("SG") to withdraw as counsel for Plaintiff Drew Lee ("Lee"), pursuant to Rule 1.4 of the Local Civil Rules of the United States District Court for the Southern District of New York (4/1/25 MTW, ECF No. 242; Goldstein MTW Decl., ECF No. 243), and having received no response from Lee by the April 25, 2025 deadline (*see* 4/1/25 Order, ECF No. 247; Pls.' 4/26/25 Ltr., ECF No. 249), it is hereby ORDERED that the motion to withdraw is GRANTED.[1]

Lee may secure new counsel or may appear *pro se*, but is required to comply with all Court Orders and deadlines, as well as all discovery obligations. Failure to do so may result in the imposition of sanctions, up to and including the undersigned issuing a Report and Recommendation to Judge Carter recommending dismissal of Lee from this action for failure to

---

[1] The Court reserves action as to the Motion to Withdraw's second request for the Court to issue an Order to Show Cause as to why Lee's claims should not be dismissed without prejudice pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure at this time, pending future developments in accordance with this Order.

prosecute, or alternatively, Judge Carter issuing an Order of Dismissal as to Lee. *See* Fed. R. Civ. P. 41(b).

No later than Friday, May 2, 2025, SG shall serve a copy of this Order upon Lee and file proof of service to the ECF docket. By the same date, SG shall file to the ECF docket the last known contact information for Lee. In addition, Lee has an independent duty to advise the Court of his address and to inform the Court of any changes to his address. *See Reyes v. NY F&B Servs. LLC*, No. 15-CV-02882 (LTS) (DCF), 2016 WL 3826283, at *1 n.1 (S.D.N.Y. July 12, 2016) ("duty to inform the Court and defendants of any changes of address is an obligation that rests with all pro se plaintiffs") (internal quotation marks and citation omitted).

No later than May 9, 2025, Lee shall file a Letter with the Court stating whether he intends to continue to prosecute this case *pro se*. Such Letter may be submitted in person to the *Pro Se* Intake Unit located at 500 Pearl Street, Room 205, New York, NY 10007, or can be emailed to ProSe@nysd.uscourts.gov.

**SO ORDERED.**

Dated:    New York, New York
          April 28, 2025

_____
STEWART D. AARON
United States Magistrate Judge

2