```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/27/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Drew Lee and Felix Lufkin, individually and on behalf of all others similarly situated,

                        Plaintiffs,

-against-

HDR Global Trading Limited, et al.,

                        Defendants.

1:20-cv-03232 (ALC) (SDA)

**ORDER**

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

In accordance with the Court's April 28, 2025 Order (ECF No. 251), no later than May 9, 2025, Plaintiff Drew Lee was directed to file with the Court a letter indicating whether he intended to continue prosecuting this case *pro se*. Mr. Lee has yet to file a letter. Accordingly, it is hereby ORDERED that, no later than June 17, 2025, Mr. Lee shall file a letter with the Court stating whether he intends to continue prosecuting his claims in this case. The letter may be submitted in person to the *Pro Se* Intake Unit located at 500 Pearl Street, Room 205, New York, NY 10007, or can be emailed to ProSe@nysd.uscourts.gov. Failure to comply with this Order may result in the imposition of sanctions up to and including dismissal of Mr. Lee's claims for failure to prosecute. *See* Fed. R. Civ. P. 41(b).[1]

---

[1] "[A] district court may—based on both its inherent authority and Rule 41(b)—dismiss an action *sua sponte* for failure to prosecute or failure to comply with a court order." *Hall v. Oriska Corp. Gen. Contracting*, 2022 WL 17420307, at *2 (2d Cir. Dec. 6, 2022).

**SO ORDERED.**

Dated: New York, New York
May 27, 2025

_____
STEWART D. AARON
United States Magistrate Judge