UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DREW LEE and FELIX LUFKIN, individually and on behalf of all others similarly situated,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　　　v.<br><br>HDR GLOBAL TRADING LIMITED, ABS GLOBAL TRADING LIMITED, 100X HOLDINGS LIMITED, SHINE EFFORT INC LIMITED, HDR GLOBAL SERVICES (BERMUDA), ARTHUR HAYES, BEN DELO, GREG DWYER and SAMUEL REED,<br><br>　　　　　　　　Defendants. | Case No. 1:20-cv-03232 (ALC) (SDA) |

**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL OF
CLAIMS PURSUANT TO RULE 41(a)(2)**

WHEREAS, the above-captioned action commenced on April 23, 2020 (Dkt. 1);

WHEREAS, the First Amended Complaint in the above-captioned action was filed on February 12, 2021 (Dkt. 53);

WHEREAS, Defendants moved to dismiss the Amended Complaint on April 13, 2021 (Dkt. 63);

WHEREAS, the Second Amended Complaint in the above-captioned action was filed on March 21, 2023 (Dkt. 115);

WHEREAS, Defendants moved to dismiss the Second Amended Complaint on May 2, 2023 (Dkt. 120);

WHEREAS, the Court denied Defendants' motions to dismiss on March 31, 2024 (Dkt. 143; *see also* Dkts. 145, 147);

WHEREAS, Defendants filed Answers to the Second Amended Complaint on May 15, 2024 (Dkts. 169–73);

WHEREAS, Plaintiffs filed the Third Amended Complaint on October 7, 2024 (Dkt. 214);

WHEREAS, Defendants filed Answers to the Third Amended Complaint on November 6, 2024 (Dkts. 216–20);

WHEREAS, Plaintiff Felix Lufkin requests that his claims in this action, both individually and on behalf of the putative class, be withdrawn, for no consideration other than as stated herein;

NOW, THEREFORE, IT IS HEREBY STIPULATED TO AND AGREED by and between the undersigned counsel for Plaintiff Felix Lufkin and the Proposed Class and for Defendants as stated below, subject to the Court's approval, pursuant to Federal Rule of Civil Procedure 41(a)(2):

1. Plaintiff Felix Lufkin's individual claims in this action are dismissed with prejudice.

2. Plaintiff Felix Lufkin (and each of his respective present and former agents, predecessors, successors, assigns, and attorneys), on the one hand, and Defendants (and each of their respective present and former parents, subsidiaries, affiliates, officers, directors, shareholders, members, successors, assigns, and attorneys), on the other hand, respectively each release all Claims (as defined) against the other. "Claims" shall mean any and all manner of claims, causes of action, cross claims, counter-claims, charges, liabilities, demands, judgment, suits, obligations, debts, setoffs, right of recovery, or liabilities for any obligation of any kind whatsoever (however denominated), in law or equity or arising under constitution, statute, tort,

regulation, ordinance, contract, or otherwise in nature, for fees, costs, penalties, fines, debts, expenses, attorneys' fees, and damages, whenever incurred, and liabilities of any nature whatsoever (including joint and several), known or unknown, suspected or unsuspected, asserted or unasserted, which any party ever had, now has, or hereafter can, shall or may have, individually, representatively, derivatively, or in any other capacity, arising from or relating in any way to conduct alleged in this action or that could have been alleged in this action, or arising from the same factual predicate of this action or the bringing of this action, or concerning, relating to, or arising out of use of BitMEX or products traded on BitMEX through the date of this Stipulation.

3. The putative class claims in this action are dismissed without prejudice.

4. Each party shall bear their own costs and expenses.

| | |
|---|---|
| Dated: June 11, 2025 | Respectfully submitted, |
| */s/ Jordan A. Goldstein (with consent)*<br>Jordan A. Goldstein<br>Oscar Shine<br>SELENDY GAY PLLC<br>1290 Sixth Avenue, 20th Floor<br>New York, New York 10104<br>jgoldstein@selendygay.com<br>oshine@selendygay.com<br><br>*Attorneys for Plaintiff Felix Lufkin and the Proposed Class* | */s/ David C. Esseks (with consent)*<br>David C. Esseks<br>ALLEN OVERY SHEARMAN STERLING US LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 848-4000<br>david.esseks@aoshearman.com<br><br>*/s/ Todd S. Fishman*<br>Todd S. Fishman<br>K&L GATES LLP<br>599 Lexington Avenue<br>New York, New York 10022<br>Tel: (212) 536-3900<br>todd.fishman@klgates.com<br><br>*Attorneys for Defendants HDR Global Trading Limited, ABS Global Trading Limited, 100x Holdings Limited, Shine Effort Inc Limited, and HDR Global Services (Bermuda) Limited* |

| | |
|---|---|
| /s/ Patrick J. Smith (with consent) <br> Patrick J. Smith <br> Geoffrey H. Coll <br> Selbie L. Jason <br> CLARK SMITH VILLAZOR LLP <br> 666 Third Avenue, 21st Floor <br> New York, New York 10017 <br> Tel: (212) 377-0850 <br> patrick.smith@csvllp.com <br> geoffrey.coll@csvllp.com <br> selbie.jason@csvllp.com <br><br> *Attorneys for Defendant Ben Delo* | /s/ James J. Benjamin, Jr. (with consent) <br> James J. Benjamin, Jr. <br> Peter I. Altman <br> AKIN GUMP STRAUSS HAUER & FELD LLP <br> One Bryant Park <br> New York, New York 10036 <br> Tel: (212) 872-1000 <br> jbenjamin@akingump.com <br> paltman@akingump.com <br><br> *Attorneys for Defendant Arthur Hayes* |
| /s/ Douglas K. Yatter (with consent) <br> Douglas K. Yatter <br> Hanyu (Iris) Xie <br> LATHAM & WATKINS LLP <br> 1271 Avenue of the Americas <br> New York, New York 10020 <br> Tel: (212) 906-1200 <br> douglas.yatter@lw.com <br> iris.xie@lw.com <br><br> *Attorneys for Defendant Samuel Reed* | /s/ Jenna M. Dabbs (with consent) <br> Jenna M. Dabbs <br> Michael Ferrara <br> HECKER FINK LLP <br> 350 Fifth Avenue, Suite 63rd Floor <br> New York, New York 10118 <br> Tel: (212) 763-0883 <br> jdabbs@heckerfink.com <br> mferrara@heckerfink.com <br><br> *Attorneys for Defendant Greg Dwyer* |

SO ORDERED.

Dated: New York, New York

    _____, 2025

 

    _____ <br>
    ANDREW L. CARTER, JR. <br>
    United States District Judge