UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEE, ET AL,

                **Plaintiffs,**

-against-

HDR GLOBAL TRADING LIMITED, ET AL,

                **Defendants.**

20-cv-3232 (ALC)

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

On April 28, 2025, Magistrate Judge Stewart D. Aaron ordered Plaintiff Drew Lee to file with the Court a letter, no later than May 9, 2025, indicating whether he intended to continue prosecuting this case *pro se*. ECF No. 251. Plaintiff Lee failed to file the letter as directed.

On May 27, 2025, Judge Aaron ordered Plaintiff Lee to file with the Court a letter, no later than June 17, 2025, stating whether he intends to continue prosecuting his claims. ECF No. 257. Judge Aaron also warned that failure to comply with the Order may result in the imposition of sanctions up to and including dismissal of Plaintiff Lee's claims for failure to prosecute.

To date, Plaintiff has not complied with the Court's orders and has made no showing that he wishes to continue to prosecute his case. "[A] district court may—based on both its inherent authority and Rule 41(b)—dismiss an action *sua sponte* for failure to prosecute or failure to comply with a court order." *Hall v. Oriska Corp. Gen. Contracting*, 2022 WL 17420307, at *2 (2d Cir. Dec. 6, 2022); *see also LeSane v. Hall's Sec. Analyst, Inc.*, 239 F.3d 206, 209 (2d Cir. 2001). Accordingly, Plaintiff Lee is dismissed from this action. Moreover, in light of the stipulation and order filed earlier today (docketed at ECF No. 260), the Court respectfully directs the Clerk of Court to terminate this action.

1

**SO ORDERED.**

**Dated: June 30, 2025
New York, New York**

———————————————
**ANDREW L. CARTER, JR.
United States District Judge**